```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DAVID N. SHEINFELD,                                          :
                                                             :
                    Plaintiff,                               :     23-CV-1622 (AT) (OTW)
                                                             :
              -against-                                      :     ORDER
                                                             :
B. BRAUN MEDICAL INC., et al.,                               :
                                                             :
                    Defendants.                              :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The parties' motion for a stay of discovery, postponement of the Initial Case Management Conference, and postponement of the Report of Rule 26(f) Meeting and Proposed Case Management Plan is **DENIED.** The Initial Case Management Conference scheduled for **May 30, 2023, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007 shall proceed as scheduled. (ECF 5). Counsel for Defendant shall file the Report of Rule 26(f) Meeting and Proposed Case Management Plan to the docket prior to the conference.

Defendants are directed to serve a copy of this order on *pro se* Plaintiff and file proof of service on the docket. Defendants shall also inform Plaintiff **before May 30, 2023**, that the conference shall proceed as scheduled.

The Clerk of Court is respectfully directed to close ECF 17.

**SO ORDERED.**

Dated: May 26, 2023  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge