UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DAVID N. SHEINFELD,

             Plaintiff,                                      23-CV-1622 (AT) (OTW)

             -against-                                    **ORDER**

B. BRAUN MEDICAL INC., et al.,

             Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties' motion to convert the Initial Case Management Conference scheduled for **May 30, 2023, at 11:00 a.m.** to a telephonic proceeding is **GRANTED**. The dial in information is (866) 390-1828, access code 1582687.

Defendants are directed to serve a copy of this order on *pro se* Plaintiff and file proof of service on the docket. Defendants shall also inform Plaintiff **before May 30, 2023**, that the conference is now telephonic.

      SO ORDERED.

                                                    *s/ Ona T. Wang*

Dated: May 26, 2023                               **Ona T. Wang**
       New York, New York                 United States Magistrate Judge