UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DAVID N. SHEINFELD,

                Plaintiff,

                -against-

B. BRAUN MEDICAL INC., et al.,

                Defendants.
------------------------------------------------------------x

23-CV-1622 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On December 11, 2023, the Court granted Plaintiff's motion for leave to file a response to Defendants' reply in support of their motion to dismiss. (ECF 29). To date, Plaintiff has not filed his response.

Plaintiff is directed to file his response, if any, by **January 12, 2024**.

**SO ORDERED.**

Dated: December 21, 2023
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge