```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID N. SHEINFELD,

        Plaintiff,

-against-

B. BRAUN MEDICAL INC., et al.,

        Defendants.

23 Civ. 1622 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

    On February 20, 2024, the Court adopted the Honorable Ona T. Wang's report and recommendation, noting that "no objections were filed." ECF No. 33. However, Plaintiff had timely submitted objections to the Pro Se Office on February 15, 2024. *See* ECF Nos. 34, 35. The submission was not docketed until after the Court had entered its order.

    Accordingly, the Court's February 20, 2024 order at ECF No. 33 is VACATED. The Court shall rule on Plaintiff's objections in due course.

    The Clerk of Court is directed to terminate the motion at ECF No. 34 and mail a copy of this order to Plaintiff *pro se.*

    SO ORDERED.

Dated: February 21, 2024
      New York, New York

ANALISA TORRES
United States District Judge